UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | CV 25-04278-MRA (RAOx) | Date | August 29, 2025 |
|---|---|---|---|
| Title | Zhulet Azaryan v. Pamela J. Bondi et al | | |

**Present: The Honorable** MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER STAYING ACTION PENDING FINAL ADJUDICATION OF APPLICATION**

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until **November 28, 2025**, or until United States Citizenship and Immigration Services (USCIS) renders a decision on Plaintiff's asylum application, whichever is earlier.  The parties shall file a status report updating the Court on the status of Plaintiff's application on or before **November 20, 2025**, or when USCIS renders a decision.

—  :  —

Initials of Deputy Clerk    mku